UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:12-MJ-204-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING ADMISSION** |
| v. | ) | *PRO HAC VICE* |
| | ) | |
| JOHN RAYMOND HURBAN, | ) | |
| a/k/a Marcus Edward Bramhall | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning F. Michie Gibson, Jr., filed July 12, 2012. Mr. Gibson seeks to appear as counsel *pro hac vice* for Defendant John Raymond Hurban a/k/a Marcus Edward Bramhall.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Gibson is admitted to appear before this court *pro hac vice* on behalf of Defendant John Raymond Hurban a/k/a Marcus Edward Bramhall.

**SO ORDERED**.

Signed: July 12, 2012

David C. Keesler
United States Magistrate Judge